```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

**ALLEN BISHOP**                                              **PLAINTIFF**

    **v.**        **Case No.: 13-2053**

**PATRICIA DAVIS**                                            **DEFENDANT**

O R D E R

On this 23rd day of July 2013, there comes on for consideration the report and recommendation filed in this case on July 3, 2013 (doc. 19) by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. The parties did not file timely objections.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation (doc. 19) is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Motion to Amend (doc. 15) is GRANTED, and Plaintiff is directed to file an amended complaint adding the Fort Smith Housing Authority as a defendant within fourteen (14) days. Further, Plaintiff's Motion to Change Venue (doc. 18) is DENIED, and Defendant's Motion to Dismiss (doc. 10) is DENIED.

Finally, Plaintiff's Motion to Amend Relief Sought (doc. 20) is GRANTED to the extent he may include this request for relief in his amended complaint. Plaintiff's Motion to Compel (doc. 21) is DENIED, and the Court will issue an Amended Initial

Scheduling Order.

    IT IS SO ORDERED.

                                              /s/ Robert T. Dawson
                                              Honorable Robert T. Dawson
                                              United States District Judge