IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**ALLEN BISHOP**                                                                                  **PLAINTIFF**

v.                                         **CASE NO. 13-2053**

**PATRICIA DAVIS**
**and FORT SMITH HOUSING AUTHORITY**                                   **DEFENDANTS**

### ORDER

Comes now before the Court the Joint Motion to Dismiss (doc. 33) filed herein on behalf of the parties in this case. After careful review, the Court finds said Joint Motion is well taken and the Complaint of the Plaintiff in this action should be dismissed with prejudice.

IT IS SO ORDERED.

/s/ Robert T. Dawson
U.S. DISTRICT COURT JUDGE

DATE: August 28, 2013

APPROVED:

/s/ Allen Bishop
Allen Bishop, Plaintiff *Pro Se*

JONES, JACKSON & MOLL, PLC
401 North 7th Street
P.O. Box 2023
Fort Smith, AR  72902
(479) 782-7203
kstocks@jjmlaw.com

By: /s/ Kathryn A. Stocks
Kathryn A. Stocks
AR Bar No. 91116
Attorney for Defendants